## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **Thomas Knowles**, )<br>    Plaintiff, )<br>  )<br>v. )<br>  )<br>**Capital One Services, LLC,** a domestic )<br>corporation**, Midland Funding, LLC,** **)**<br>a foreign limited liability company, )<br>**Equifax Information Services, LLC**, a )<br>foreign Limited liability company, **Experian**)<br>**Information Solutions, Inc.,** a foreign )<br>profit corporation, **Trans Union, LLC,** a )<br>foreign limited liability company )<br>    Defendants. ) | Civil Action No.: 1:15-cv-00738-TFM<br>**Plaintiff Demands Jury Trial** |

## NOTICE OF SETTLEMENT IN PRINICPAL

COMES NOW, Thomas Knowles, the Plaintiff, by and through undersigned counsel hereby files this Notice of Settlement In Principal and as grounds for such states as follows:

1.  That an agreement has been reached by the Plaintiff and Defendant, Capital One Services, LLC.

**WHEREFORE**, the Plaintiff prays that this Honorable Court allows fourteen (14) days for the Plaintiff and the Defendant to execute all necessary settlement paperwork and that the deadline for the Plaintiff's Response to the Defendant's Motion to Dismiss be extended for the same fourteen (14) days.

**Respectfully Submitted**, this 25th day of November 2015.

                                                         */s/ Bradford J. Griffin*
                                                         Bradford J. Griffin (GRI083)

OF COUNSEL:
Law Offices of Vickers & White, PLLC
428 South Lawrence Street
Montgomery, Alabama 36104
Telephone: 334.269.1192
Facsimile:  334.239.7408
bgriffin@vickersandwhitelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF. I also certify the foregoing document is being served this day on all counsel of record or pro se parties listed below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                         */s/ Bradford J. Griffin*
                                                         OF COUNSEL

**THE DEFENDANTS MAY BE SERVED AT THE FOLLOWING ADDRESSES:**

Caitlin Jordan Looney
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: 205-251-3000
Fax: 205-458-5100
E-mail: Caitlin.looney@burr.com

Joshua Howard Threadcraft
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: 205-251-3000
Fax: 205-458-5100
E-mail: Joshua.threadcraft@burr.com

Leilus Jackson Young Jr.
Ferguson Frost & Dodson, LLP
P.O. Box 430189
Birmingham, Alabama 35243-0189
Telephone: 205-879-8722
Fax: 205-879-8831
E-mail: ljy@ffdlaw.com

Kirkland E. Reid
Jones Walker LLP
RSA Battle House Tower
11 North Water Street, Suite 1200
Mobile, Alabama 36602
Telephone: 251-439-7513
Fax: 251-439-7358
E-mail: kreid@joneswalker.com

Matthew W. Robinett
Norman, Wood, Kendrick & Turner
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, Alabama 35205
Telephone: 205-328-6643
Fax: 205-251-5479
E-mail: mrobinett@nwkt.com