### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **Thomas Knowles**,<br>        Plaintiff,<br><br>v.<br><br>**Capital One Services, LLC,** a domestic corporation**, Midland Funding, LLC,** a foreign limited liability company, **Equifax Information Services, LLC**, a foreign Limited liability company, **Experian Information Solutions, Inc.,** a foreign profit corporation, **Trans Union, LLC,** a foreign limited liability company<br>        Defendants. | Civil Action No.: 1:15-cv-00738-TFM<br>**Plaintiff Demands Jury Trial** |

### NOTICE OF SETTLEMENT IN PRINICPAL

COMES NOW, Thomas Knowles, the Plaintiff, by and through undersigned counsel hereby files this Notice of Settlement In Principal and as grounds for such states as follows:

1.   That an agreement has been reached by the Plaintiff and Defendant, Equifax Information Services, LLC.

**WHEREFORE**, the Plaintiff prays that this Honorable Court allows fourteen (14) days for the Plaintiff and the Defendant to execute all necessary settlement paperwork.

**Respectfully Submitted**, this 12th day of February 2016.

*/s/ Bradford J. Griffin*
Bradford J. Griffin (GRI083)

OF COUNSEL:
Law Offices of Vickers & White, PLLC
428 South Lawrence Street
Montgomery, Alabama 36104
Telephone: 334.269.1192
Facsimile:  334.239.7408
bgriffin@vickersandwhitelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF. I also certify the foregoing document is being served this day on all counsel of record or pro se parties listed below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

> */s/ Bradford J. Griffin*
> OF COUNSEL