IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS KNOWLES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:15-CV-738-WKW |
| | ) |
| EQUIFAX INFORMATION SERVICES, LLC, | ) ) |
| | ) |
| Defendant. | ) |

## **FINAL JUDGMENT**

In accordance with the Order entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that this case is DISMISSED with prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 3rd day of March, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE